# United States Court of Appeals
## For the First Circuit

No. 14-2112

GABRIEL F. MARTINEZ,

Plaintiff, Appellant,

v.

VICTOR F. PETRENKO,

Defendant, Appellee.

**ERRATA SHEET**

The opinion of this court issued on July 6, 2015, is amended as follows:

On page 3, line 19, the word "that" is replaced by an ellipsis.